No. 154.    R. M. MACKENZIE, TRUSTEE, ETC., PLAINTIFF IN ERROR, *v.* LAWRENCE C. WOODS.    Error to the Supreme Court of the State of Pennsylvania.    April 25, 1911.    Dismissed with costs, pursuant to the tenth rule. *Mr. Lowrie C. Barton* for the plaintiff in error.    *Mr. A. Leo Weil* for the defendant in error.

---

No. 163.    MASON WILLIAMS, TRUSTEE, ETC., APPELLANT, *v.* THE NATIONAL BANK OF COMMERCE OF ST. LOUIS, MO.    Appeal from the United States Circuit Court of Appeals for the Fifth Circuit.    April 26, 1911.    Dismissed with costs, pursuant to the tenth rule.    *Mr. Mason Williams* for the appellant.    No appearance for the appellee.

---

No. 161.    JENNIE M. TUTTLE, PLAINTIFF IN ERROR, *v.* IOWA STATE TRAVELING MEN'S ASSOCIATION.    Error to the Supreme Court of the State of Iowa.    April 27, 1911. Dismissed with costs, pursuant to the tenth rule.    *Mr. Alfred H. McVey* for the plaintiff in error.    *Mr. Albert B. Cummins* for the defendant in error.